UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURI SANAKABISA YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN EHLERS, et al.,<br><br>　　　　　Defendant. | No. 2:23-cv-2558 DJC AC P<br><br><u>ORDER</u> |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  By order filed January 10, 2024, Plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action.  ECF No. 8.  Plaintiff was granted an additional thirty days to pay the filing fee and cautioned that no further extensions were contemplated and that failure to comply would result in dismissal of the case.  ECF No. 10.  Thirty days have now passed and Plaintiff has not paid the filing fee.

////

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: __**June 26, 2024**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2